157

**Timothy C. Springer, Esq.** #207229
Nancy D. Klepac, Esq. #253896
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No: 2014-13417 |
| DIMAS COELHO<br>ROSA COELHO | Adv. Proc. |
| Debtor/Plaintiffs | DCN: |
| vs. | |
| NATIONSTAR MORTGAGE, LLC d/b/a<br>Mr. Cooper | |
| Defendants. | |

## EXHIBITS IN SUPPORT OF COMPLAINT PART 1

| | |
|---|---|
| Exhibit A: Settlement Agreement and Release | Pg. 2-11 |
| Exhibit B: Stipulation Resolving Opposition to Debtors' Motion to Value | Pg. 12-15 |
| Exhibit C: Chapter 12 Plan Wording | Pg. 16-17 |
| Exhibit D: Statement dated 2-25-2023 | Pg. 18 |
| Exhibit E: Statement dated 2-20-2023 | Pg. 19-20 |
| Exhibit F: Letter dated 2-15-2023 | Pg. 21 |
| Exhibit G: Letter dated 1-19-2023 | Pg. 22-23 |
| Exhibit H: Statement dated 1-18-2023 | Pg. 24-25 |
| Exhibit I: Letter December 2022 | Pg. 26 |
| Exhibit J: Escrow Account Activity June 2021 – 2022 and July 2022- June 2023 | Pg. 27 |
| Exhibit K: Statement dated 12-20-22 | Pg. 28-29 |
| Exhibit L: Letter dated 12-19-2022 | Pg. 30 |

Exhibits - 1

# SETTLEMENT AGREEMENT AND RELEASE

This Confidential Settlement Agreement and Release ("Agreement") is made and entered into as of the date all signatories below have executed the agreement (the "Effective Date") by and between Dimas Coelho and Rosa Coelho ("Plaintiffs) and Nationstar Mortgage LLC, successor by merger to Seterus, Inc. and doing business as Mr. Cooper, and Federal National Mortgage Association ("Defendants"). Plaintiffs and Defendants are collectively referred to as the "Parties," and each of the Plaintiffs or Defendants may be referred to individually as a "Party."

## RECITALS

This Agreement is entered into with reference to the following facts and recitals, which are true to the best of the Parties' knowledge and belief, and are made part of this Agreement:

WHEREAS, Plaintiffs reside at real property located at 435 E. Orange St., Hanford, CA 93230 (the "Property");

WHEREAS, on or about March 8, 2005, Plaintiffs executed a promissory note in the amount of $275,200.00 in favor of JPMorgan Chase Bank, N.A. (the "Note");

WHEREAS, in connection with the Note, Plaintiffs, on or about March 8, 2005, executed and delivered a Deed of Trust (the "Security Instrument") related to the Property;

WHEREAS, the Note and Security Instrument are in relation to a mortgage loan secured by the Property (the "Loan");

WHEREAS, Nationstar Mortgage LLC, d/b/a Mr. Cooper ("Servicer"), is the current servicer of the Loan;

WHEREAS, Servicer alleges that Plaintiffs defaulted under the Loan;

WHEREAS, on or about July 6, 2014, Plaintiffs filed a bankruptcy petition under Chapter 12 of the Bankruptcy Code, in the Eastern District of California Bankruptcy Court, Case No. 14-13417 (the "Bankruptcy");

WHEREAS, on September 16, 2014, a proof of claim was filed in the Bankruptcy in relation to the Loan by prior servicer Seterus, Inc.;

WHEREAS, on or about October 21, 2014, Plaintiffs and Defendants entered into a stipulation modifying the Loan which modified the claim amount to $205,000. The stipulation also modified the principal and interest payments to $1,100.48 per month, commencing November 1, 2014, and also required that an additional monthly escrow component for taxes and insurance in the amount of $290.56 per month, for a total monthly payment of $1,391.04 per month. The stipulation also provided that Plaintiffs were to cure an escrow shortage of $5,497.20 over sixty (60) months with payments of $91.62 per month, commencing November 1, 2014;

WHEREAS, on or about January 23, 2018, an Order Approving Final Report and Account and Discharging Trustee was issued in the Bankruptcy;

WHEREAS, on March 6, 2018, Plaintiffs were granted a Discharge in the Bankruptcy;

WHEREAS, on June 19, 2019, Plaintiffs filed a Motion for Sanctions for Violation of the Discharge Injunction against Defendants (the "Motion") claiming Defendants either were in violation of the Discharge Injunction, Violation of



EXHIBIT A-1

Pg. 2

the Stipulation, or Violation of the Chapter 12 Plan. The Motion along with the Bankruptcy shall be referred to as the "Litigation"; and

WHEREAS, the Parties agree that it is in their mutual interests to avoid the uncertainty and expense of the Litigation by reaching a settlement and accommodation of the certain matters encompassed herein, without any admission of law or fact;

NOW, THEREFORE, in consideration of the mutual covenants contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties covenant and agree as follows:

### TERMS AND RELEASES

1.   **SETTLEMENT PROVISIONS**

   A.   **Agreement Execution.** On or before the Effective Date, Plaintiffs shall execute two original counterparts of this Agreement, and Plaintiffs shall deliver one original counterpart and completed W–9 tax forms for both Plaintiffs and Plaintiffs' Counsel, as defined herein, to Defendants' Counsel as identified below; and Plaintiffs' Counsel shall deliver to Defendants' Counsel a completed California 590 Tax Form.

   B.   **Payment by Nationstar Mortgage LLC.** Nationstar Mortgage LLC, on behalf of Defendants, shall deliver to Plaintiffs' Counsel the sum of Two Thousand Dollars ($2,000.00) (the "Payment") by check made payable to Plaintiffs' Counsel within 21 business days of the latter of the following events: (a) receipt by Defendants' Counsel of the fully executed Agreement; (b) receipt by Defendants' Counsel of completed W–9 tax forms for Plaintiffs and Plaintiffs' Counsel as set forth in Paragraph 1.A of this Agreement; (c) Plaintiffs' filing of a Withdrawal of Motion, With Prejudice, as set forth in Paragraph 1.D. of this Agreement; or (d) receipt by Defendants' Counsel of a completed California 590 Tax Form for Plaintiffs' Counsel as set forth in Paragraph 1.A. of this Agreement.

   C.   **Settlement Terms.** In addition to the Payment, the Parties agree as follows (collectively the "Settlement Terms"):

      i.    Effective August 1, 2019, the new monthly payment on the Loan will be $1,472.52, consisting of $1,100.48 principal and interest and $372.04 regular escrow component. This monthly payment amount shall be subject to adjustments pursuant to annual escrow analyses to be completed on the Loan and provided to Plaintiffs;

      ii.   Nationstar shall forgive the outstanding escrow shortage that has accrued as of July 16, 2019;

      iii.  Nationstar agrees to deem the Plaintiffs current on their Loan payments and next due for the August 1, 2019 payment;

      iv.   The unpaid principal balance as of July 19, 2019, is $188,377.34;

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 2 of 10



EXHIBIT A-2

Pg. 3

v.      Upon receipt of a counterpart of this Agreement, Servicer shall implement the Settlement terms. Plaintiffs warrant and represent that: they are capable of making the monthly payment obligation required under the Settlement Terms; Plaintiffs fully understand and comprehend the Settlement Terms; the execution, delivery, and performance of the Agreement and Settlement Terms does not and will not violate any provision of any law, rule, regulation, order, or decree presently in effect having applicability to Plaintiffs, including but not limited to the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq., the Real Estate and Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 et seq., and any other applicable federal or state law or regulation; the Settlement Terms constitute a valid and legally binding obligation of Plaintiffs and is enforceable against Plaintiffs in accordance with the terms; and Plaintiffs waive any and all claims under or disclosures otherwise required by RESPA, TILA, or any other applicable federal or state law or regulation in any way related to the Settlement Terms.

(a)      **Payment is Consideration.** The Payment, and not the Settlement Terms, is the consideration for this Agreement and the terms herein, including but not limited to the release

2. **Dismissal with Prejudice.** Within five (5) business days of the Effective Date, Plaintiffs shall cause Plaintiffs' Counsel to file a Withdrawal of the Motion, with Prejudice, together with any other documents required to dismiss the Litigation with prejudice. From and after the execution of this Agreement, Plaintiffs agree to take no further action to prosecute the Litigation against Defendants.

3. **Full Satisfaction.** The Payment is in full satisfaction of the Released Matters (as defined herein), and it includes all attorneys' fees and costs that Plaintiffs may have incurred in connection with the Litigation.

4. **Release.** For consideration of the Payment, the receipt and sufficiency of which are hereby expressly acknowledged, Plaintiffs, for themselves and each of their present, former, and future heirs, executors, administrators, partners, co-obligors, co-guarantors, guarantors, sureties, family members, spouses, attorneys, insurers, agents, representatives, predecessors, successors, assigns, and all those who claim through them or could claim through them (collectively, "Releasors") unconditionally and irrevocably remise, waive, satisfy, release, acquit, and forever discharge Defendants and each of their present, former, and future parents, predecessors, successors, assigns, assignees, affiliates, conservators, divisions, departments, subdivisions, owners, partners, principals, trustees, members, creditors, shareholders, joint ventures, co-venturers, officers, and directors (whether acting in such capacity or individually), attorneys, vendors, accountants, nominees, agents (alleged, apparent, or actual), representatives, employees, managers, administrators, and each person or entity acting or purporting to act for them or on their behalf, as well as any past, present, or future person or any entity that held or holds any interest in the Loan and the underlying Note or Security Instrument, including, but not limited to, Nationstar Mortgage LLC, and all of its subsidiaries and affiliates, and Federal National Mortgage Association (collectively, "Releasees"), and each of them, respectively, from and against any and all past and present, up to the Effective Date of this Agreement, claims, counterclaims, actions, suits, rights, causes of action, lawsuits, set-offs, costs, losses, controversies, agreements, promises and demands, or liabilities, of whatever kind or character, direct or indirect, whether known or unknown or capable of being known, arising at law or in equity, by right of action or otherwise, including, but not limited to, suits, debts, accounts, bills, damages, judgments, executions, warranties,

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 3 of 10

attorney's fees, costs of litigation, expenses, claims, and demands whatsoever that the Releasors or their attorneys, agents, representatives, predecessors, successors, and assigns have or may have against the Releasees, for, upon, or by reason of any matter, cause, or thing, whatsoever, in law or equity, including, without limitation, the claims made or which could have been made by Plaintiffs arising from the origination or servicing of the Loan as well as in any way related to the Property, Note, or Security Instrument, any servicing act or omission thereon as well as any claim or issue which was or could have been brought in the Litigation (collectively, the "Released Matters").

5. **Statutory General Release.** Plaintiffs specifically waive and relinquish all rights and benefits afforded by Section 1542 of the California Civil Code, which provides as follows:

> **"A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."**

Plaintiffs' waiver of all rights and benefits afforded by Section 1542 is done with their understanding and acknowledgement of the significance of such a specific waiver of Section 1542. Notwithstanding the provisions of Section 1542, and for the purpose of implementing a full and complete release and discharge of each and all the Releasees, Plaintiffs expressly acknowledge that this Agreement is intended to include in its effect, without limitation, all claims that Plaintiffs know or suspect to exist in their favor at the time Plaintiffs execute this Agreement, which contemplates the extinguishment of any such claims. This waiver also applies to any other relevant re-codification or similar laws implemented hereafter substantially covering the subject matter of Section 1542.

6. **Confidentiality and Notices.** Plaintiffs and Plaintiffs' Counsel warrant and agree that the terms and contents of this Agreement and all information and evidence elicited or exchanged during the Litigation and in negotiating this Agreement (the "Information") are and shall be treated as confidential and shall not be disclosed, in any way used or described or characterized to any person except as otherwise provided in this Paragraph. Plaintiffs may only disclose the contents or terms of this Agreement to their accountants and other tax preparers, to the Internal Revenue Service, to their attorneys or if compelled by a court of law. Should Plaintiffs receive notice of a legal proceeding in which the court is requested to order disclosure of any matter covered by this Paragraph, Plaintiffs and Plaintiffs' Counsel agree to provide immediate notice to Nationstar Mortgage LLC's Counsel and duly advise such court of the terms of the confidentiality provision set forth in this Paragraph and the interests of Nationstar Mortgage LLC therein.

7. **Excluded Claims.** This Agreement does not apply to any separate and continuing contractual or equitable obligations that may currently exist between or among the Parties, including, for example, existing loans encumbering other property of Plaintiffs, or investment relationship with the Defendants, including but not limited to Nationstar Mortgage LLC or its affiliated entities.

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 4 of 10

EXHIBIT A-4      ps.5

8.    ADDITIONAL TERMS

    A.  **Adequate Consideration.**  The consideration received in connection with this Agreement is fair, adequate, and substantial, and it consists only of the terms set forth in this Agreement.

    B.  **Covenant Not to Sue.**  Plaintiffs agree not to cause claims to be made in any court or other forum against the Releasees for any matter within the scope of the releases contained herein.

    C.  **Further Assurances.**  Each Party agrees to take all reasonable steps necessary to effectuate the terms of this Agreement.

    D.  **No Admission of Liability.**  Each of the Parties understands and agrees that this Agreement and the settlement provided for herein, are intended to compromise disputed claims and defenses, to avoid litigation and to buy peace, and that this Agreement and the settlement provided for herein shall not be construed or viewed as an admission by any Party of liability or wrongdoing, such liability being expressly denied. This Agreement, and the settlement provided for herein, shall not be admissible in any lawsuit, administrative action, or any judicial or administrative proceeding if offered to show, demonstrate, evidence or support a contention that any of the Parties acted illegally, improperly, or in breach of law, contract, or proper conduct.

    E.  **Waiver.**  The failure of Plaintiffs to demand from Defendants performance of any act under the Agreement shall not be construed as a waiver of Plaintiffs' right to demand, at any subsequent time, such performance. The failure of Defendants to demand from Plaintiffs performance of any act under the Agreement shall not be construed as a waiver of Defendants' right to demand, at any subsequent time, such performance.

    F.  **Tax Consequences.**  Plaintiffs agree that if it is later determined by the Internal Revenue Service or any other taxing body that taxes of any type should have been paid in connection with any benefit they receive pursuant to this Agreement, they will be solely responsible for paying such taxes. Defendants make no representations or warranties regarding the legal effect or tax consequences of this Agreement, or of any such filing or reporting by Defendants. Plaintiffs further expressly acknowledge that they neither received nor relied upon any tax advice from Defendants or their representatives and attorneys.

    G.  **Choice of Law.**  This Agreement shall be construed in accordance with and all disputes hereunder shall be controlled by the laws of the State of California without regard to its choice of law rules.

    H.  **Parties' Counsel.**  As used in this Agreement, the phrase "Plaintiffs' Counsel" means Timothy C. Springer, Esq., Law Offices of Timothy C. Springer, 4905 N. West, Suite 102, Fresno, CA 93705, and any and all of their current and former owners, predecessors, successors, partners, shareholders, agents (alleged or actual), representatives, employees and affiliates. Plaintiffs represent and warrant that: (i) the term "Plaintiffs' Counsel," as defined above, includes all persons (natural or legal) and entities having any interest in any award of attorney's fees or litigation costs to Plaintiffs' Counsel in connection with the Litigation; or (ii) that, to the extent there are other persons or entities having any interest in any award of attorney's fees or litigations costs in connection with the Litigation, they will be satisfied by Plaintiffs'

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 5 of 10



EXHIBIT A-5

pg. 6

Counsel. As used in this Agreement, the phrase "Defendants' Counsel" means John E. Joseph, Esq., Reed Smith LLP, Global Customer Centre, 20 Stanwix Street, Pittsburgh, PA 15222-4899.

I.   **No Interpretation of Captions or Headings.** The captions and headings within this Agreement are for ease of reference only and are not intended to create any substantive meaning or to modify the terms and clauses either following them or contained in any other provision of this Agreement.

J.   **Severability.** If any provision of the Agreement or the application thereof is held invalid by a court, arbitrator, or government agency of competent jurisdiction, the Parties agree that such a determination of invalidity shall not affect other provisions or applications of the Agreement which can be given effect without the invalid provisions and thus shall remain in full force and effect or application.

K.   **Neutral Interpretation and Counterparts.** The Parties shall be deemed to have cooperated in the drafting and preparation of this Agreement. Hence, any construction to be made of this Agreement shall not be construed against any Party. This Agreement may be executed in counterparts and each executed counterpart shall be effective as the original. All faxed, emailed, or electronic signatures affirming this Agreement constitute an original signature.

L.   **Integration / Single Agreement.** This Agreement constitutes a single, integrated, written contract expressing the entire understanding and agreement between the Parties, and the terms of the Agreement are contractual and not merely recitals. There is no other agreement, written or oral, expressed or implied between the Parties with respect to the subject matter of this Agreement and the Parties declare and represent that no promise, inducement or other agreement not expressly contained in this Agreement has been made conferring any benefit upon them or upon which they have relied in any way. The terms and conditions of this Agreement may not be contradicted by evidence of any prior or contemporaneous agreement, and no extrinsic evidence may be introduced in any judicial proceeding to interpret this Agreement. This provision does not apply either to any other business relations between the Parties (e.g., a credit card, investment, or bank account) not related to the subject matter of the Agreement or to the Loan, Note, or Security Instrument at issue herein unless they have been otherwise invalidated or modified by the terms of this Agreement.

M.   **Amendments to the Agreement.** This Agreement shall not be altered, amended, or modified by oral representation made before or after the execution of this Agreement. All amendments or changes of any kind must be in writing, executed by all Parties.

N.   **Negotiations.** All negotiations have been conducted in English. If necessary, Plaintiffs have had this document translated by a translator of Plaintiffs' choice to Plaintiffs' satisfaction. Plaintiffs represent and warrant that that Plaintiffs have had all terms explained to them, and that by signing below, Plaintiffs fully understand and agree to those terms.

O.   **Authority.** Plaintiffs represent and warrant that they have not sold, transferred, conveyed, assigned, or otherwise disposed of any right, title, or interest in any of the Released Matters herein to any person or entity, and that Plaintiffs are not aware of any other person or entity who may have or who has asserted or can assert a right, title, or interest in any of the Released Matters covered by this Agreement. Plaintiffs

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 6 of 10



EXHIBIT A - 6                          pg. 7

further affirm that they are fully capable of executing this Agreement and understand its contents, and further that they have legal counsel of their own choice or that they have had an opportunity to obtain such legal counsel to explain the legal effect of executing this Agreement.

**P.  Advice of Counsel.**  Each Party to this Agreement acknowledges that it has had the benefit of advice of competent legal counsel or the opportunity to retain such counsel with respect to its decision to enter into this Agreement.  The individuals whose signatures are affixed to this Agreement in a personal or representative capacity represent that they are competent to enter into this Agreement and are doing so freely and without coercion by any other Party or non-party hereto.

**Q.  Successors.**  This Agreement shall inure to the benefit of the respective heirs, successors, and assigns of the Parties, and each and every one of the Releasees shall be deemed to be intended third-party beneficiaries of this Agreement.

**R.  Attorney's Fees.**  Unless otherwise expressly set forth herein, each of the Parties shall bear its own attorney's fees, costs, and expenses in connection with the matters set forth in the Agreement, including, but not limited to, the Litigation and the negotiation and preparation of this Agreement.

**S.  Waiver of Trial by Jury.**  The Parties knowingly, voluntarily, and intentionally waive any right they may have to a trial by jury with respect to any litigation based upon, or arising out of, under, or in connection with this Agreement, including any document contemplated to be executed, or any underlying matter, course of dealing, statement (whether verbal or written), or action of the Parties related to this Agreement.

**T.  Other Accounts / Future Events.**  The Parties understand and agree that this Agreement shall not, under any circumstances, be deemed to prohibit Defendants or any other person or entity from continuing to take any actions with regard to any other bank, credit, investment, mortgage or other account obtained by Plaintiffs from Defendants, including but not limited to such actions as acceleration and foreclosure as may be appropriate if Plaintiffs default on any other mortgage or credit obtained by Plaintiffs from Defendants, or otherwise acquired by Defendants.  If this Agreement keeps the Loan and underlying Note or Security Instrument in force (as modified or otherwise herein), this Agreement shall not alter the rights, duties and obligations of said Loan by the Parties, including but not limited to such actions as acceleration and foreclosure as may be appropriate in the event of a future default.

**U.  Stipulated Settlement.**  This Agreement constitutes a stipulation in writing as defined in California Code of Civil Procedure section 664.6 which provides "[i]f parties to pending litigation stipulate, in writing or orally before the court, for settlement of the case, or part thereof, the court, upon motion, may enter judgment pursuant to the terms of the settlement."

### SIGNATURE PAGES TO FOLLOW

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 7 of 10



EXHIBIT A - 7          pg. 8

IN WITNESS WHEREOF, the Parties hereto evidence their agreement as a sealed instrument and have executed this Agreement as of the day and year first below written.

Date Executed: _7 - 29 - 19_

_____
Dimas Coelho

Date Executed: _7 - 29 - 19_

_Rosa M Coelho_
Rosa Coelho

Date Executed: _7 - 29 - 19._

_____
Timothy C. Springer, Esq., as to confidentiality only

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 8 of 10

EXHIBIT A - 8

Pg. 9

Date Executed: 8/13/19

**Nationstar Mortgage LLC, d/b/a Mr. Cooper LLC and successor by merger to Seterus, Inc.**

Signature: _____

Name: _____
A. J. Loll, Vice President
Nationstar Mortgage LLC

Title: _____

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 9 of 10

pg. 10

EXHIBIT A -9

Date Executed: 8-15-2019

**Federal National Mortgage Association**

Signature:

Name:

               A. J. Loll, Vice President
Title:             Nationstar Mortgage LLC

A. J. Loll
Attorney-in-Fact as Trustee

Settlement Agreement and Release
*In re Dimas Coelho and Rosa Coelho,*
U.S. Bankruptcy Court for the Eastern District of California, Case No. 14-13417
Loan No. ***** 7550

Page 10 of 10

EXHIBIT A-10  pg. 11

CHRISTOPHER M. MCDERMOTT (SBN 253411)
cmcdermott@piteduncan.com
TODD S. GARAN (CA SBN 236878)
tgaran@piteduncan.com
GREGORY P. CAMPBELL (CA SBN 281732)
gcampbell@piteduncan.com
PITE DUNCAN, LLP
4375 Jutland Dr., Ste. 200
P.O. Box 19734
San Diego, CA 92177-9734
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc. as the
authorized subservicer

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re | Case No. 14-13417 |
| DIMAS COELHO AND ROSA COELHO, | |
| Debtors. | Chapter 12 |
| | **STIPULATION RESOLVING OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL AND TREATMENT OF CLAIM UNDER DEBTORS' PROPOSED CHAPTER 12 PLAN** |
| | **PROPERTY ADDRESS:** |
| | 435 E. Orange St. Hanford, CA 93230 |

This Stipulation is entered into by and between Secured Creditor, Federal National Mortgage Association ("**Fannie Mae**"), by Seterus, Inc. as the authorized subservicer ("**Seterus**"), by and through its attorneys of record, and Dimas Coelho and Rosa Coelho, (the "**Debtors**"), by their attorney of record, and the Chapter 12 Trustee, Michael Meyer (the "**Trustee**").

The property which is the subject of this matter is commonly known as 435 E. Orange St. Hanford, CA 93230 ("**Property**"), which is more fully described in the Deed of Trust. (*See* Claim No. 7-1).

- 1 -

EXHIBIT B-1        pg. 12

On March 8, 2005, Debtors executed a Note in the principal sum of $275,200.00 (the **"Note"**). The Note is secured by a Deed of Trust granting a security interest in the Property. (*See* Claim No. 7-1).

On July 6, 2014, Debtors filed a voluntary petition under Chapter 12 of the Bankruptcy Code and were assigned bankruptcy case no. 14-13417.

On August 21, 2014, Debtors filed their Motion to Value Collateral (**"Motion to Value"**). (*See* Docket No. 26).

On September 10, 2014, Seterus filed an Opposition to the Debtors' Motion to Value. (*See* Docket No. 35).

On September 16, 2014, Seterus filed its Proof of Claim in the sum of $275,648.35. (*See* Claim No. 7-1).

**THE PARTIES STIPULATE AS FOLLOWS:**

1.      Seterus shall have a secured claim in the amount of $205,000.00 (the **"Secured Claim"**) amortized over thirty (30) years at 5.00% interest per annum in the Debtors' Chapter 12 Plan.

2.      Seterus shall have an unsecured claim for the amount owing under the Note above the Secured Claim, plus Seterus's attorneys' fees and costs (the **"Unsecured Claim"**). Seterus shall receive, in full and final satisfaction of its Unsecured Claim, its pro rata share of the dividend available to general unsecured creditors in the Debtors' Plan. Seterus's lien related to its Unsecured Claim shall only be avoided if: (1) Debtors' Plan is confirmed; (2) Debtors substantially consummate their Plan and receive a discharge; and (3) the court enters a final decree. In the event Debtors proceed with a post-confirmation sale or refinance of the Property, Seterus shall not be required to release its lien until the Debtors have paid Seterus's Secured and Unsecured Claims in accordance with this Stipulation, substantially consummated their Plan, received a discharge, and the court enters a final decree.

3.      Debtors shall tender regular monthly principal and interest payments (**"Principal and Interest Payments"**) in the sum of **$1,100.48** to the Chapter 12 Trustee for distribution to Seterus on its Secured Claim commencing **December 1, 2014**, and continuing on the same day of each month

- 2 -

**EXHIBIT B-2**

Pg. 13

1  thereafter until completion of the Debtors' Chapter 12 Plan. Upon completion of the Debtors'
2  Chapter 12 Plan, Debtors shall make the Principal and Interest Payments directly to Seterus until all
3  outstanding amounts under the Secured Claim are paid in full.

4      4.    In addition to Principal and Interest Payments, Debtors shall tender monthly escrow
5  payments to the Chapter 12 Trustee for distribution to Seterus for real property taxes and real
6  property hazard insurance advances made by Seterus (**"Escrow Payments"**) commencing **January**
7  **1, 2015.** The current monthly escrow payment is **$290.56**. This amount is subject to change pursuant
8  to the terms of the Subject Loan. The Subject Loan is escrowed for taxes and insurance and Debtors
9  understand that they are required to tender monthly escrow payments in addition to the Principal and
10 Interest Payments referenced in paragraph three (3) above. Debtors must obtain Seterus's express
11 written consent if they wish to de-escrow the account. Upon completion of the Debtors' Chapter 12
12 Plan, Debtors shall make the monthly Escrow Payment directly to Seterus.

13     5.    Debtors shall cure the post-petition escrow advances made by Seterus in the sum of
14 $1,207.29 over twelve (12) months (**"Escrow Cure Payments"**). Escrow Cure Payments in the
15 amount of **$100.61** shall commence **January 1, 2015** to the Chapter 12 Trustee for distribution to
16 Seterus and continue on the same day of each month thereafter until the escrow default has been paid
17 in full.

18     6.    Except as otherwise expressly provided herein, all remaining terms of the Note and
19 Deed of Trust shall govern the treatment of Seterus's Secured Claim.

20     7.    The terms of this Stipulation are contingent upon confirmation of the Debtors'
21 Chapter 12 Plan and receipt of a Chapter 12 discharge. The terms of this Stipulation shall be
22 incorporated into the Plan, any Amended Plan, and/or Order of Confirmation.

23     8.    In the event the Debtors' case is dismissed or converted to any other chapter under
24 Title 11 of the United States Bankruptcy Code prior to Debtors' receipt of a Chapter 12 discharge,
25 the terms of this Stipulation shall be void and Seterus shall retain its lien in the full amount due
26 under the Note.

27     9.    Seterus must consent to any sale of the Property prior to the completion of the
28 Debtors' confirmed Chapter 12 Plan and receipt of a Chapter 12 discharge. In the event the Debtors

- 3 -

**EXHIBIT** B -3

pg. 14

1  sell the Property or seek to prepay Seterus's Secured Claim prior to the completion of the Debtors'
2  confirmed Chapter 12 Plan and receipt of a discharge, Seterus shall retain its lien in the full amount
3  due under the Note.

4      10.    Seterus shall not be required to release the loan from bankruptcy status and/or resume
5  regular monthly statements until entry of a final decree and the close of the Debtors' Chapter 12 case.

6      11.    In the event the Debtors assert that Seterus has failed to properly update its internal
7  system to comply with the terms of this Stipulation within a reasonable period of time after an order
8  is entered confirming the Debtors' Chapter 12 Plan of Reorganization, which shall be no less than
9  ninety (90) days, the Debtors shall be required to provide written notice of the alleged lack of
10 compliance to Seterus and Seterus's counsel of record, Pite Duncan, LLP at 4375 Jutland Drive,
11 Suite 200, San Diego, CA 92117, indicating the nature of the alleged lack of compliance. If Seterus
12 fails to either remedy the alleged lack of compliance and/or provide an explanation refuting the
13 Debtors' allegations after the passage of thirty (30) days from the date Seterus receives said written
14 notice (the "Meet and Confer Period") Debtors may proceed with filing the appropriate motion in
15 bankruptcy court seeking Seterus's compliance. However, provided Seterus has in good faith sought
16 to remedy Debtors' grievance during the Meet and Confer Period, Debtors shall not request an award
17 of their attorneys' fees and costs nor sanctions as a result of filing said motion.

18      **IT IS SO STIPULATED:**

19

20 Dated: 12-2-14

21

22 12-8/14

23

24

NANCY KLEPAC
Attorney for the Debtors

MICHAEL MEYER
Chapter 12 Trustee

25      **PITE DUNCAN, LLP**

26 Dated: 12/4/2014

27                                          /s/ _____ (CA SBN 281732)
        GRÉGORY P. CAMPBELL
28      Attorneys for Creditor, Federal National Mortgage
        Association ("Fannie Mae"), by Seterus, Inc. as the
        authorized subservicer

- 4 -

EXHIBIT B-4    pg.15

payment that is insufficient to satisfy such post-petition payments, distributions will be made in the order such claims are listed below. (2) Trustee will not make a partial distribution on account of a post-petition payment. (3) If Debtor makes a partial plan payment, or if it is not paid on time, and Trustee is unable to make timely a post-petition payment, Debtor's cure of this default shall include any late charge. (4) The automatic stay is modified to permit the holders of Class 1 claims to send statements, impound, and escrow notices, and notices concerning interest rate adjustments or the assessment of fees and costs to Debtor. However, Trustee will not make post-petition payment adjustments or pay post-petition fees, charges, or assessments until they are demanded in accordance with Fed. R. Bankr. P. 3002.1. (i) If the holder of a Class 1 claim gives Debtor and Trustee notice of a payment change in accordance with Fed. R. Bankr. P. 3002.1 (b), Debtor shall adjust the plan payment accordingly. (ii) If the holder of a Class 1 claim gives Debtor and Trustee notice of post-petition fees, expenses, and charges in accordance with Fed. R. Bankr. P. 3002.1(c), Debtor shall modify this plan if Debtor wishes to provide for such fees, expenses, and charges. (5) Post-petition payments made by Trustee and received by the holder of a Class 1 claim shall be applied as if the claim were current and no arrearage existed on the date the case was filed.

Class 1:

**1. Federal National Mortgage Association, serviced by Seterus, Inc.**

Security:      Single Family Rental Home Located at 435 E. Orange St. Hanford, CA 93230

Value:      $205,000

Claim Amount:      $275,648.35

Interest Rate:      5.0%

Page 4

**CHAPTER 12 PLAN**



EXHIBIT C-1      pg. 16

Monthly Payment:     $1,391.04 plus Escrow Cure Payments.

2.09. Class 2 includes all secured claims that are to be paid by the Trustee during this plan.

(a) Payment of claim. Trustee shall pay each Class 2 claim the equal monthly amount specified below as the monthly dividend. Subject to section 2.09(c), Class 2 claims will be paid in full. The payment of a Class 2 claim shall include interest unless a "0%" rate is specified below. If no rate is specified, a 2% rate will be imputed.

(b) Claim amount. The amount of a Class 2 claim is determined by applicable non-bankruptcy law. However, subject to the two limitations below, Debtor may reduce the claim to the value of the collateral securing it by filing, serving, setting for hearing, and prevailing on a motion to determine the value of that collateral. If this plan proposes to reduce a claim based upon the value of its collateral, the failure to move to value that collateral in conjunction with plan confirmation may result in the denial of confirmation.

(c) Lien retention. Each Class 2 creditor shall retain its existing lien until the lien is paid under the terms of the Chapter 12 Plan.

(d) Pre-confirmation payments: In accordance with bankruptcy law, pre-confirmation payments are to be paid on Class two claims in the form of adequate protection. Adequate protection payments made are applied towards the principal only and reduce the overall amortized claim.

Class 2:

A. Class 2 claims not reduced based on value of collateral

**NONE**

B. Class 2 claims reduced based on value of collateral and paid in plan

Page 5

**CHAPTER 12 PLAN**

EXHIBIT C-2   pg. 17

*mr.*
# cooper

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619080
5801 Postal Road
Cleveland, OH 44181

CHANGING THE FACE OF HOME LOANS

02/25/2023



**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**
LOAN NUMBER
**0658797550**

**PROPERTY ADDRESS**
**435 ORANGE ST**
**HANFORD, CA 93230**

8313 1 SP 0.630 T1 P0 AUTO 756093.2-NNNNNN-31029273
DIMAS S COELHO
ROSA M COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST SUITE 102
FRESNO, CA 93705

Dear DIMAS COELHO and ROSA COELHO:

If you are having trouble making your voluntary mortgage payments, we welcome the opportunity to discuss possible alternatives that may be available to you. Call us today to learn more about your options and instructions for how to apply for assistance.

This letter is being provided to you as required by law. If you have already submitted an application for loss mitigation, we will continue processing that application. If you have not already submitted an application, the purpose of this letter is to encourage you to do so. If you were placed on a forbearance plan after submitting an application (for example, you informed us you were financially impacted by the pandemic), the loss mitigation review will be paused during the plan. You can always contact us during the forbearance plan if you would like to be reviewed for all possible loss mitigation options.

**Possible Loss Mitigation Options*:**
If you need help, the following options may be possible (most are subject to lender approval):
- **Voluntarily refinance the loan with us or another lender;**
- **Modify the loan terms with us;**
- **A voluntary payment forbearance that temporarily suspends or reduces the voluntary monthly payment (if you are currently on a forbearance plan and would like to be reviewed for other loss mitigation options, please contact us);**
- **A voluntary repayment plan that allows missed voluntary payments to be made up over time; or**
- **If you are not able to continue voluntarily paying the mortgage, your best option may be to find more affordable housing. You may be able to either surrender your home through a Deed in Lieu or sell your home and use the proceeds to voluntarily pay off the loan, even if the proceeds are not enough to pay the loan in full (short sale).**

If you have any questions, your Dedicated Loan Specialist is Mary Sivak and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

**Housing Counselors:**
For help exploring your options, the Federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/mortgagehelp, the Department of Housing and Urban Development at http://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

Sincerely,

Mr. Cooper

*Borrower must meet certain requirements to qualify for any of the options/products referenced above. Terms are subject to change.



**EXHIBIT D**

Pg. 18

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EQUAL HOUSING OPPORTUNITY

Filed 04/24/23        Case 23-01022

## INFORMATIONAL STATEMENT



*mr.*
# cooper
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 618060
5801 Postal Road
Cleveland, OH 44181

| | |
|---|---|
| **STATEMENT DATE** | **VOLUNTARY PAYMENT** |
| 02/20/2023 | **DUE DATE** |
| | 03/01/2023 |
| **LOAN NUMBER** | **AMOUNT PAYABLE** |
| **0658797550** | **$9,951.61** |
| PROPERTY ADDRESS | *If payment is received on or* |
| 435 ORANGE ST | *after 03/17/2023, a $55.02* |
| HANFORD, CA 93230 | *late fee will be charged.* |

0023986 02 MB   0.528 02    TR 00122 RNRGEV14 100000

DIMAS S COELHO
ROSA M COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST, SUITE 102
FRESNO, CA 93705

### QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432** YOUR *Dedicated Loan Specialist* is:
Mon-Thu 7 a.m. to 8 p.m. (CT)   Mary Sivak
Fri 7 a.m. to 7 p.m. (CT)   AND CAN BE REACHED AT:
Sat 8 a.m. to 12 p.m. (CT)   **(866)-316-2432**
**www.mrcooper.com**   or via mail at:
     Lake Vista 4
     800 State Highway 121 Bypass
     Lewisville, TX 75067

*Go Paperless.*
Sign in to your account to activate.

### ACCOUNT OVERVIEW

| | |
|---|---|
| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE |
| $175,413.19 | 5.000% |
| | ESCROW BALANCE |
| | $928.15 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*



PRINCIPAL
$369.59

**VOLUNTARY MONTHLY PAYMENT**
$1,626.37

INTEREST
$730.89

ESCROW TAXES & INSURANCE
$525.89

### PAST ACTIVITY BREAKDOWN

| CATEGORY | PAID SINCE 01/19/2023 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

### EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| VOLUNTARY MONTHLY PAYMENT | $1,626.37 |
| TOTAL FEES & CHARGES | $165.06 |
| PAST PAYMENT(S) | $8,160.18 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$9,951.61** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

See page 2 for detailed Lender Paid Expenses Summary

**Our records show that either you are a Debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.** We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, write to us at PO Box 612488, Dallas, TX 75261-2488, Attn: Research Department.

### HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

Did you know some states have announced assistance programs for homeowners affected by COVID-19? Visit ncsha.org/homeowner-assistance-fund to see what programs may be available in your area.

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you.

### TRANSACTION ACTIVITY (01/19/2023 to 02/20/2023)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 02/17/2023 | Late Charge Assessed | $55.02 | | | | $55.02 |
| 01/26/2023 | Fee Waived | -$55.02 | | | | -$55.02 |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



# EXHIBIT E-1     Pg.19

DETACH HERE AND RETURN WITH THE VOLUNTARY PAYMENT, PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

*mr.*
**cooper**
**VOLUNTARY PAYMENT COUPON**

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 618060
5801 Postal Road
Cleveland, OH 44181

# INFORMATIONAL STATEMENT

STATEMENT DATE
**02/20/2023**

LOAN NUMBER
**0658797550**

PROPERTY ADDRESS
435 ORANGE ST
HANFORD, CA 93230

VOLUNTARY PAYMENT
DUE DATE
03/01/2023

## AMOUNT PAYABLE
# $9,951.61

*If payment is received on or after 03/17/2023, a $55.02 late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS (01/23/2023) | $0.00 | $24.00 |
| LEGAL FEES | $0.00 | $1,035.58 |
| TOTAL | $0.00 | $1,059.58 |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
**www.mrcooper.com**

YOUR Dedicated Loan Specialist is:
Mary Sivak
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

**Go Paperless.**
*Sign in to your account to activate.*

## HERE'S SOME HELPFUL INFORMATION

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? Pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by **setting up AutoPay**. No matter how you pay, we'll never charge a transaction fee.

Please note the overnight payment address has changed. Please see the back of the statement for the updated address.

EXHIBIT E-2    pg. 20





02/15/2023

OUR INFO
ONLINE
www.mrcooper.com

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 619060
5801 Postal Road
Cleveland, OH 44181



YOUR INFO
LOAN NUMBER
0658797550

PROPERTY ADDRESS
**435 ORANGE ST
HANFORD, CA 93230**



4321 1 SP 0.630   T1 P0   AUTO   740015.3-NNNNNN-31021010
DIMAS COELHO
ROSA COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST SUITE 102
FRESNO, CA 93705

Dear DIMAS COELHO and ROSA COELHO:

We recently received a payment on your behalf in the amount of $1,472.52. We are unable to accept the payment, as it is insufficient to bring the account current.

As of the date of this letter, the total amount required to bring this account current is $4,879.11. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, your Dedicated Loan Specialist is Mary Sivak and can be reached at (866)-316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

**EXHIBIT F**

pg. 21

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property through a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



740015.3-4321.1*

12-37



01/19/2023





ONLINE
www.mrcooper.com

LOAN NUMBER
0658797550

PROPERTY ADDRESS
435 ORANGE ST
HANFORD, CA 93230

6157 1 SP 0.600  T1 P0  AUTO  699885.2-NNNNNN-30998651
DIMAS COELHO
ROSA COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST SUITE 102
FRESNO, CA 93705

Dear DIMAS COELHO and ROSA COELHO:

We recently received a payment on your behalf in the amount of $1,473.52. We are unable to accept the payment, as it is insufficient to bring the account current.

As of the date of this letter, the total amount required to bring this account current is $3,252.74. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, your Dedicated Loan Specialist is Mary Sivak and can be reached at (866)-316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

pg. 22

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised, this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EXHIBIT G-1





01/19/2023

OUR INFO

ONLINE
**www.mrcooper.com**

YOUR INFO

LOAN NUMBER
**0658797550**

PROPERTY ADDRESS
**435 ORANGE ST
HANFORD, CA 93230**

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818080
5801 Postal Road
Cleveland, OH 44181

6157 1 SP 0.600   T1 P0   AUTO   699885.2-NNNNNN-30998651
DIMAS COELHO
ROSA COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST SUITE 102
FRESNO, CA 93705

Dear DIMAS COELHO and ROSA COELHO:

We recently received a payment on your behalf in the amount of $1,472.52. We are unable to accept the payment, as it is insufficient to bring the account current.

As of the date of this letter, the total amount required to bring this account current is $3,252.74. Account statuses are subject to change. Please contact us for up-to-date account information and amounts owed.

If you have any questions, your Dedicated Loan Specialist is Mary Sivak and can be reached at (866)-316-2432 or via mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

EXHIBIT G-2

pg. 23

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.




Filed 04/24/23

Case 23-01022



# mr. cooper®

CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 618060
5801 Postal Road
Cleveland, OH 44181

| | |
|---|---|
| STATEMENT DATE | VOLUNTARY PAYMENT |
| **01/18/2023** | DUE DATE |
| | 02/01/2023 |
| LOAN NUMBER | **AMOUNT PAYABLE** |
| **0658797550** | **$8,325.24** |
| PROPERTY ADDRESS | *If payment is received on or* |
| 435 ORANGE ST | *after 02/17/2023, a $55.02* |
| HANFORD, CA 93230 | *late fee will be charged.* |

0024124 02 MB    0.512 02    TR 00101 RNRGEOX3 100000

DIMAS S COELHO
ROSA M COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST, SUITE 102
FRESNO, CA 93705

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR **Dedicated Loan Specialist** is:
Mary Sivak
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

Go Paperless.
Sign in to your account to activate.



PRINCIPAL
$369.59

**VOLUNTARY MONTHLY PAYMENT**
$1,626.37

INTEREST
$730.89

ESCROW
TAXES
& INSURANCE
$525.89

## ACCOUNT OVERVIEW

| | |
|---|---|
| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE |
| $175,413.19 | 5.000% |
| | ESCROW BALANCE |
| | $928.15 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## PAST ACTIVITY BREAKDOWN

| CATEGORY | PAID SINCE 12/21/2022 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $0.00 | $0.00 |
| INTEREST | $0.00 | $0.00 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$0.00** | **$0.00** |

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| VOLUNTARY MONTHLY PAYMENT | $1,626.37 |
| TOTAL FEES & CHARGES | $165.06 |
| PAST PAYMENT(S) | $6,533.81 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$8,325.24** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

See page 2 for detailed Lender Paid Expenses Summary

**Our records show that either you are a Debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.** We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, write to us at PO Box 612488, Dallas, TX 75261-2488, Attn: Research Department.

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

Did you know some states have announced assistance programs for homeowners affected by COVID-19? Visit ncsha.org/homeowner-assistance-fund to see what programs may be available in your area.

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you.

## TRANSACTION ACTIVITY (12/21/2022 to 01/18/2023)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 01/18/2023 | Late Charge Assessed | $55.02 | | | | $55.02 |
| 12/31/2022 | Payment-int on Escrow | $29.62 | | | $29.62 | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EXHIBIT H-1    PS. 24

DETACH HERE AND RETURN WITH THE VOLUNTARY PAYMENT, PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

mr.

**VOLUNTARY PAYMENT COUPON**

S 00024124 RNRGEOX3 003776

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

# INFORMATIONAL STATEMENT

STATEMENT DATE
**01/18/2023**

VOLUNTARY PAYMENT
DUE DATE
02/01/2023

LOAN NUMBER
**0658797550**

PROPERTY ADDRESS
435 ORANGE ST
HANFORD, CA 93230

**AMOUNT PAYABLE**

**$8,325.24**

*If payment is received on or
after 02/17/2023, a $55.02
late fee will be charged.*

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS | $0.00 | $24.00 |
| LEGAL FEES | $0.00 | $1,035.58 |
| **TOTAL** | **$0.00** | **$1,059.58** |

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Mary Sivak
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

*Go Paperless.*
Sign in to your account to activate.

## HERE'S SOME HELPFUL INFORMATION

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? Pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by **setting up AutoPay**. No matter how you pay, we'll never charge a transaction fee.

Please note the overnight payment address has changed. Please see the back of the statement for the updated address.

EXHIBIT H-2 pg. 25



From the Desk of Our CEO ——————————————————————————— *mr.*
cooper

Dear Mr. Cooper Family,

I want to start by thanking you for being a Mr. Cooper customer. Our team members
continue to work hard every day to keep the dream of homeownership alive for
more than 4 million homeowners like you.

2022 was another big year. Most importantly, we helped more than 150,000
customers in need with forbearance plans and loan modifications. Additionally,
we continued to invest in your homeownership experience. We eliminated payment
transaction fees, created an enhanced digital mortgage application tool, and
launched Mr. Cooper RightMove to make buying and selling a home simpler.

Looking ahead to 2023, we know things feel a bit uncertain. While we can't predict
the future, we can promise you this: whatever happens, Mr. Cooper will be there
to support you. We will continue working tirelessly to make your homeownership
experience better than ever. It's a privilege to have you as our customer, and we will
always do what we can to help keep your dream of homeownership alive.

On behalf of the entire team at Mr. Cooper, thank you for being part of our family.
We wish you a wonderful holiday season and happy new year.

EXHIBIT I    pg. 26

Filed 04/24/23     Case 23-01022     Doc 4

# HERE ARE YOUR ESCROW ACCOUNT PROJECTIONS FOR JULY 2022 TO JUNE 2023

| DATE | DEPOSITS TO ESCROW | PAYMENT FROM ESCROW | DESCRIPTION | PROJECTED ESCROW BALANCE | BALANCE REQUIRED IN THE ACCOUNT |
|---|---|---|---|---|---|
| | | | STARTING BALANCE | $1,847.95 | $2,399.61 |
| JULY 2022 | $479.92 | – | – | $2,327.87 | $2,879.53 |
| AUGUST 2022 | $479.92 | – | – | $2,807.79 | $3,359.45 |
| SEPTEMBER 2022 | $479.92 | – | – | $3,287.71 | $3,839.37 |
| OCTOBER 2022 | $479.92 | – | – | $3,767.63 | $4,319.29 |
| NOVEMBER 2022 | $479.92 | $2,038.30 | COUNTY TAX | $2,209.25 | $2,760.91 |
| DECEMBER 2022 | $479.92 | – | – | $2,689.17 | $3,240.83 |
| JANUARY 2023 | $479.92 | – | – | $3,169.09 | $3,720.75 |
| FEBRUARY 2023 | $479.92 | – | – | $3,649.01 | $4,200.67 |
| MARCH 2023 | $479.92 | $2,038.30 | COUNTY TAX | $2,090.63 | $2,642.29 |
| MARCH 2023 | – | $1,682.45 | HAZARD SFR | $408.18 | $959.84 |
| APRIL 2023 | $479.92 | – | – | $888.10 | $1,439.76 |
| MAY 2023 | $479.92 | – | – | $1,368.02 | $1,919.68 |
| JUNE 2023 | $479.92 | – | – | $1,847.94 | $2,399.60 |
| **TOTALS** | **$5,759.04** | **-$5,759.05** | **ENDING BALANCE** | **$1,847.94** | **$2,399.60** |

The amounts in the boxes above indicate the month with the lowest projected escrow balance and the minimum required balance.

## HERE'S YOUR ESCROW ACCOUNT ACTIVITY FROM JUNE 2021 TO JUNE 2022

| DATE | DEPOSITS TO ESCROW | | | PAYMENTS FROM ESCROW | | | DESCRIPTION | ESCROW BALANCE | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ACTUAL | PROJECTED | DIFFERENCE | ACTUAL | PROJECTED | DIFFERENCE | | ACTUAL | PROJECTED | DIFFERENCE |
| | | | | | | | STARTING BALANCE | $156.44 | $2,265.75 | -$2,109.31 |
| JUNE 2021 | $372.04 | - | $372.04 | - | - | - | - | $528.48 | $2,265.75 | -$1,737.27 |
| JULY 2021 | - | $453.14 | -$453.14 | - | - | - | - | $528.48 | $2,718.89 | -$2,190.41 |
| AUGUST 2021 | $596.27 | $453.14 | $143.13 | - | - | - | - | $1,124.75 | $3,172.03 | -$2,047.28 |
| SEPTEMBER 2021 | $596.27 | $453.14 | $143.13 | - | - | - | - | $1,721.02 | $3,625.17 | -$1,904.15 |
| OCTOBER 2021 | $596.27 | $453.14 | $143.13 | - | - | - | - | $2,317.29 | $4,078.31 | -$1,761.02 |
| NOVEMBER 2021 | $596.27 | $453.14 | $143.13 | - | $1,992.39 | -$1,992.39 | COUNTY TAX | $2,913.56 | $2,539.06 | $374.50 |
| DECEMBER 2021 | $596.27 | $453.14 | $143.13 | $2,038.30 | - | $2,038.30 | COUNTY TAX | $1,471.53 | $2,992.20 | -$1,520.67 |
| JANUARY 2022 | $596.27 | $453.14 | $143.13 | - | - | - | - | $2,067.80 | $3,445.34 | -$1,377.54 |
| JANUARY 2022 | $20.37 | - | $20.37 | - | - | - | INT ON ESC | $2,088.17 | $3,445.34 | -$1,357.17 |
| FEBRUARY 2022 | $499.18 | $453.14 | $46.04 | - | - | - | - | $2,587.35 | $3,898.48 | -$1,311.13 |
| MARCH 2022 | - | $453.14 | -$453.14 | $2,038.30 | $1,992.39 | $45.91 | COUNTY TAX | $549.05 | $2,359.23 | -$1,810.18 |
| MARCH 2022 | - | - | - | $1,682.45 | $1,452.95 | $229.50 | HAZARD SFR | -$1,133.40 | $906.28 | -$2,039.68 |
| APRIL 2022 | $1,192.54E | $453.14 | $739.40 | - | - | - | - | $59.14 | $1,359.42 | -$1,300.28 |
| MAY 2022 | $1,192.54E | $453.14 | $739.40 | - | - | - | - | $1,251.68 | $1,812.56 | -$560.88 |
| JUNE 2022 | $596.27E | $453.14 | $143.13 | - | - | - | - | $1,847.95 | $2,265.70 | -$417.75 |
| **TOTALS** | **$7,450.56** | **$5,437.68** | **$2,012.88** | **$5,759.05** | **$5,437.73** | **$321.32** | **ENDING BALANCE** | **$1,847.95** | **$2,265.70** | **-$417.75** |

E – An amount listed with an "E" is a deposit to escrow or payment from escrow we anticipate to occur prior to the effective date of the new monthly payment.

EXHIBIT J    pg. 27



Escrow
explained
#4



**INFORMATIONAL STATEMENT**

| | |
|---|---|
| STATEMENT DATE | VOLUNTARY PAYMENT |
| 12/20/2022 | DUE DATE |
| | 01/01/2023 |

LOAN NUMBER
0658797550

**AMOUNT PAYABLE**

**$6,643.85**

PROPERTY ADDRESS
428 ORANGE ST
HANFORD, CA 93220

*If payment is received on or after 01/17/2023, a $55.02 late fee will be charged.*

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: 888-480-2432
Mon–Thu 7 a.m. to 8 a.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR Dedicated Loan Specialist is:
Mary Sivek
AND CAN BE REACHED AT:
(866)-316-2432
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

## LENDER PAID EXPENSES

| | LAST STATEMENT | TOTAL |
|---|---|---|
| PROPERTY INSPECTIONS | $0.00 | $26.00 |
| LEGAL FEES | $0.00 | $1,033.58 |
| TOTAL | $0.00 | $1,059.58 |

*Go Paperless.*
*Sign in to your account to participate.*

## HERE'S SOME HELPFUL INFORMATION

Lender Paid Expenses are funds paid by Mr. Cooper on your behalf to another company. These expenses may include, but are not limited to, Legal Fees, Property Taxes, Homeowners Insurance, and Property Inspections.

"Total Fees & Charges" include, but are not limited to, phone pay fees, insufficient fund fees, or convenience fees. These fees & charges appear in the "Other" category of the Transaction Detail, if applied since the last billing cycle.

Don't like paper? Go Paperless by signing in to your account at www.mrcooper.com and updating your settings. You can also manage your account paperlessly with the Mr. Cooper app. Download it wherever you get your apps.

Want to make payments even easier? Pay online at www.mrcooper.com, on the go with the Mr. Cooper app, or by setting up AutoPay. No matter how you pay, we'll never charge a transaction fee.

Please note the overnight payment address has changed. Please see the back of the statement for the updated address.

EXHIBIT K-1      pg. 28

Filed 04/24/23      Case 23-01022

# INFORMATIONAL STATEMENT

**mr. cooper**
CHANGING THE FACE OF HOME LOANS

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

| | | |
|---|---|---|
| **STATEMENT DATE** 12/20/2022 | **VOLUNTARY PAYMENT DUE DATE** 01/01/2023 | |
| **LOAN NUMBER** 0658797550 | **AMOUNT PAYABLE** **$6,643.85** | |
| **PROPERTY ADDRESS** 435 ORANGE ST HANFORD, CA 93230 | *If payment is received on or after 01/17/2023, a $55.02 late fee will be charged.* | |

0000935 02 MB   0.512 02    TR 00005 RNRGE5O2 100000

DIMAS S COELHO
ROSA M COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST, SUITE 102
FRESNO, CA 93705



## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com

YOUR **Dedicated Loan Specialist** is:
**Mary Sivak**
AND CAN BE REACHED AT:
**(866)-316-2432**
or via mail at:
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067

**Go Paperless.**
*Sign in to your account to activate.*



PRINCIPAL
$369.59

**VOLUNTARY MONTHLY PAYMENT**
$1,626.37

INTEREST
$730.89

ESCROW
TAXES
& INSURANCE
$525.89

## ACCOUNT OVERVIEW

| | |
|---|---|
| INTEREST BEARING PRINCIPAL BALANCE $175,413.19 | INTEREST RATE 5.000% |
| | ESCROW BALANCE $898.53 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## PAST ACTIVITY BREAKDOWN

| CATEGORY | PAID SINCE 11/19/2022 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $368.06 | $3,612.63 |
| INTEREST | $732.42 | $7,392.17 |
| ESCROW (TAXES & INSURANCE) | $525.89 | $5,626.14 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$1,626.37** | **$16,630.94** |

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| VOLUNTARY MONTHLY PAYMENT | $1,626.37 |
| TOTAL FEES & CHARGES | $110.04 |
| PAST PAYMENT(S) | $4,907.44 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$6,643.85** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

*See page 2 for detailed Lender Paid Expenses Summary*

**Our records show that either you are a Debtor in bankruptcy or you discharged personal liability for your mortgage loan in bankruptcy.** We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you. If you want to stop receiving statements, write to us at PO Box 612488, Dallas, TX 75261-2488, Attn: Research Department.

## HERE'S SOME HELPFUL INFORMATION (See Page 2 for Additional Critical Notices)

Did you know some states have announced assistance programs for homeowners affected by COVID-19? Visit ncsha.org/homeowner-assistance-fund to see what programs may be available in your area.

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you.

## TRANSACTION ACTIVITY (11/19/2022 to 12/20/2022)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 12/19/2022 | Late Charge Assessed | $55.02 | | | | $55.02 |
| 11/28/2022 | County Tax Disbursed | $2,498.76 | | | $2,498.76 | |
| 11/23/2022 | Payment | $1,626.37 | $368.06 | $732.42 | $525.89 | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EXHIBIT K-2

pg. 29

DETACH HERE AND RETURN WITH THE VOLUNTARY PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**mr. cooper**

## VOLUNTARY PAYMENT COUPON



*mr.*
# cooper
PO Box 619097
Dallas, TX 75261

CHANGING THE FACE OF HOME LOANS

**12/19/2022**

OUR INFO
ONLINE
**www.mrcooper.com**

YOUR INFO
LOAN NUMBER
**0658797550**

PROPERTY ADDRESS
**435 ORANGE ST
HANFORD, CA 93230**



3925  1 MB 0.515   T8 P1   AUTO   659743.1-NNNNNN-30975691
DIMAS COELHO
ROSA COELHO
C/O LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. WEST, SUITE 102
FRESNO, CA 93705

### YOUR IMMEDIATE ATTENTION IS REQUESTED

Dear DIMAS COELHO and ROSA COELHO:

We have been attempting to contact you but have been unable to reach you. Please reach out to us at your earliest convenience.

If you have any questions, your Dedicated Loan Specialist is Mary Sivak and can be reached at (866)-316-2432 or via mail at PO Box 619097, Dallas, TX 75261. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Mr. Cooper

# EXHIBIT L

Pg. 30

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.
**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**
If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



659743.1-3925.1*

50-57