**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Dimas Coelho and Rosa Coelho
**Adversary Title:** Coelho et al v. NATIONSTAR MORTGAGE, LLC

**Case No.:** 14-13417 - A - 12
**Adv No.:** 23-01022

**Docket Control No.** CAE-1
**Date:** 06/29/2023
**Time:** 11:00 AM

**Matter:** Status Conference Re: Complaint - [1] - (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) : Complaint 23-01022 by Dimas Coelho, Rosa Coelho against NATIONSTAR MORTGAGE, LLC. (Fee Amount of $350.00 is Exempt.) (eFilingID: 7208076) (ltrf)

**Judge: Jennifer E. Niemann**
**Courtroom Deputy: Bethany Soto**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
(by zoom) Defendant's Attorney - Jared D. Bissell

---

**CIVIL MINUTES**

STATUS CONFERENCE NOW TO BE HELD ON 7/27/2023 at 11:00 AM at Fresno Courtroom 11, Department A


For the reasons stated on the record, the court will issue an order to show cause as to why this adversary proceeding should not be dismissed for lack of prosecution. The status conference was continued to July 27, 2023, at 11:00 a.m.

The court will issue an order.